UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-100 |
| WALTER REED | SECTION "L" |

## ORDER

**IT IS ORDERED** that the parties will participate in an in-person status conference with the Court on Tuesday, January 29, 2019 at 10:00 a.m.

New Orleans, Louisiana, this 28th day of January, 2019.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE

1