

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**FILED  MAR 31 2020**
wP
**CAROL L. MICHEL**
**CLERK**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 15-100-L |
| v. | * | SECTION: L |
| WALTER REED STEVEN P. REED | * | |
| | * | |

\* \* \* \* \* \* \*

## MOTION TO TERMINATE PROBATION

NOW INTO COURT, in proper person, comes Steven P. Reed, defendant in this matter, and moves this honorable Court to terminate his probation on the following grounds and circumstances:

1. On May 2, 2016 this Court entered a Jury verdict of guilty on counts of conspiracy and wire fraud, and this Court subsequently sentenced this defendant to five years supervised probation.

2. The defendant began his official probation on April 4, 2019, and has thus already served approximately one year on probation; but unofficially the defendant has been under supervision since the time of the verdict, and therefore, unofficially, the defendant has now served almost four years.

3. At the time of the verdict, the defendant was enrolled in a Master's Degree Program in Counseling at Southeastern Louisiana University, but was dismissed based upon the conviction.

TENDERED FOR FILING

MAR 31 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

4.   The defendant persevered in getting readmitted to the University and received his Degree in 2018.

5.   The defendant cannot work in his chosen field because the Board of Examiners for Licensed Professional Counselors has refused to consider licensing the defendant until probation has been completed, and even then the process could take two to three years to complete.

6.   The defendant respectfully requests that an attorney be appointed to represent him based upon his continued indigent status; and although two previous attorneys had been appointed to represent him under the Criminal Justice Act (CJA), their respective appointments have expired.

Respectfully submitted,

Steven P. Reed, in Proper Person
Address:  810 Rosedown Dr
          Pearl River, LA 70452
Phone:    504-400-3238

*** OUTBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY ***
TIME RECEIVED                          REMOTE CSID        DURATION   PAGES   STATUS
March 31, 2020 at 12:08:12 PM CDT      9856417639         107        3       Received

03/31/2020 12:16 FAX  9856417639                                                          ☒0001/0003

# Robert C. Brandt
## Attorney at Law
750 E. I-10 Service Rd., Ste. D
Slidell, LA 70461-5535

Tel: 985-641-3700                                                Fax: 985-641-7639

rcbrandt@bellsouth.net

March 31, 2020

**TO:** United States District Court Eastern District of Louisiana

**ATTN:** WAYNE

**FROM:** Steven P. Reed

**Fax #:** 504-310-8159

**RE:** Motion to Terminate Probation

**# Pages:** 3

## MESSAGE

Please contact Steven Reed by Cell # 504-400-3238

If this message is not received in its entirety or is illegible, please call Celia - 985-641-3700.

Attorney-Client Privileged Information and/or Attorney Work Product: Information communicated to or from an attorney, including information communicated to or from anyone working at the direction of any attorney, to obtain or provide legal advice and/or information and materials prepared by or for an attorney, or communications made or materials prepared during, or in anticipation of, litigation.