04/07/2020 11:31 FAX 9856417639 ☒0002/0004
Case 2:15-cr-00100-EEF-JCW Document 533 Filed 04/08/20 Page 1 of 3
03/31/2020 12:17 FAX 9856417639 Case 2:15-cr-00100-EEF-JCW Document 532 Filed 04/01/20 Page 6 of 8
☒0002/0003

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   Apr 08 2020

CAROL L. MICHEL
CLERK
```

**DEFICIENT**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 15-100-L |
| v. | * | SECTION: L |
| WALTER REED | * | |
| STEVEN P. REED | * | |
| | * | |

* * * * * * *

## MOTION TO TERMINATE PROBATION

NOW INTO COURT, in proper person, comes Steven P. Reed, defendant in this matter, and moves this honorable Court to terminate his probation on the following grounds and circumstances:

1. On May 2, 2016 this Court entered a Jury verdict of guilty on counts of conspiracy and wire fraud, and this Court subsequently sentenced this defendant to five years supervised probation.

2. The defendant began his official probation on April 4, 2019, and has thus already served approximately one year on probation; but unofficially the defendant has been under supervision since the time of the verdict, and therefore, unofficially, the defendant has now served almost four years.

3. At the time of the verdict, the defendant was enrolled in a Master's Degree Program in Counseling at Southeastern Louisiana University, but was dismissed based upon the conviction.

```
TENDERED FOR FILING

MAR 31 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk
```

```
TENDERED FOR FILING

Apr 08 2020

U.S. DISTRICT COURT
Eastern District Of Louisiana
Deputy Clerk
```

4. The defendant persevered in getting readmitted to the University and received his Degree in 2018.

5. The defendant cannot work in his chosen field because the Board of Examiners for Licensed Professional Counselors has refused to consider licensing the defendant until probation has been completed, and even then the process could take two to three years to complete.

6. The defendant respectfully requests that an attorney be appointed to represent him based upon his continued indigent status; and although two previous attorneys had been appointed to represent him under the Criminal Justice Act (CJA), their respective appointments have expired.

Respectfully submitted,

_____
Steven P. Reed, in Proper Person
Address: 810 Rosedown Dr
         Pearl River, LA 70452
Phone:   504-400-3238

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
TIME RECEIVED                    REMOTE CSID        DURATION    PAGES   STATUS
April 7, 2020 at 11:22:47 AM CDT   9856417639         144         4       Received

Case 2:15-cr-00100-EEF-JCW Document 533 Filed 04/08/20 Page 3 of 3

04/07/2020 11:30 FAX    9856417639                                        ☒ 0001/0004

# Robert C. Brandt
## Attorney at Law
### 750 E. I-10 Service Rd., Ste. D
### Slidell, LA 70461-5535

Tel: 985-641-3700                                        Fax: 985-641-7639

rcbrandt@bellsouth.net

April 7, 2020

| | |
|---|---|
| **TO:** | United States District Court Eastern District of Louisiana |
| **ATTN:** | WAYNE |
| **FROM:** | Steven P. Reed |
| **Fax #:** | 504-310-8159 |
| **RE:** | Motion to Terminate Probation |
| **# Pages:** | 4 |

## MESSAGE

Please contact Steven Reed by Cell # 504-400-3238

If this message is not received in its entirety or is illegible, please call Celia - 985-641-3700.

Attorney-Client Privileged Information and/or Attorney Work Product: Information communicated to or from an attorney, including information communicated to or from anyone working at the direction of any attorney, to obtain or provide legal advice and/or information and materials prepared by or for an attorney, or communications made or materials prepared during, or in anticipation of, litigation.